UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08CR00084 HEA |
| | ) |
| JESUS BAUTISTA-AMBROSIO, | ) |
| a/k/a Carlos Gonzalez, | ) |
| | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

WHEREAS, on April 28, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his signed Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified asset as outlined in Count III of the Indictment and is subject to forfeiture;

AND WHEREAS, on May 21, May 28, and June 4, 2008, the United States published in a newspaper of general circulation, to wit: The St. Louis Countian, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

AND WHEREAS, beginning on May 14, 2008, the United States posted notification on a official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited as to all parties and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law, as follows:

  a. Four Thousand, One Hundred Eighty Dollars ($4,180.00) U.S. Currency.

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 24th day of July, 2008

_____
HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE